UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 11-826-BAJ-CN

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 1, 2012 (doc. 3), and plaintiff's objection thereto (doc. 4), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is hereby dismissed for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, February 29, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA